UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS M. HERNANDEZ,

        Plaintiff ,

vs.                             CASE NO.: 8:12-CV-765-T-30AEP

UNITED STATES OF AMERICA and
21ST CENTURY INSURANCE COMPANY
OF CALIFORNIA, INC.,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Notice is hereby given that the above- referenced parties have entered into a settlement of the plaintiff's tort claims(s) against the defendant(s), for the total amount of $30,000.00.

**Matthew Hart Perry, Esq.**, as Attorney for Defendant, United States of America
400 North Tampa Street, Suite 3200
Tampa, FL 33602
MATTHEW.PERRY@USDOJ.GOV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the aforementioned has been furnished via the Designated Electronic Mail address to: **Matthew Hart Perry, Esq.**, MATTHEW.PERRY@USDOJ.GOV on this 6th day of November, 2013.

Respectfully Submitted,

*LORENZO & LORENZO, P.A.*

_____
LUIS GUILLERMO FIGUEROA , B.C.S.
Florida Bar No. 294268
4601 N. Armenia Avenue
Tampa, Florida 33603
TEL: (813) 998-9529
FAX: (813) 998-9329
Mail@LorenzoandLorenzo.com
Attorney for Plaintiff

Law Offices of Lorenzo and Lorenzo, P.A. - 4601 N. Armenia Avenue, Tampa, FL. 33603
Mail@LorenzoandLorenzo.com